# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### CIVIL ACTION NO. 1:17-CV-295-MOC-DCK

| | |
|---|---|
| MICHAEL BALE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| STATE AUTOMOBILE MUTUAL ) | |
| INSURANCE COMPANY & STATE ) | |
| AUTOMOBILE MUTUAL INSURANCE ) | |
| COMPANY, d/b/a STATE AUTO ) | |
| INSURANCE COMPANIES, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The parties filed a "Notice Of Settlement" (Document No. 13) notifying the Court that the parties reached a settlement on July 11, 2018. The Court commends the counsel and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **August 13, 2018**.

**SO ORDERED**.

Signed: July 11, 2018

David C. Keesler
United States Magistrate Judge